# BILL OF COSTS

## TEXAS COURT OF APPEALS, EIGHTH DISTRICT, AT EL PASO

No. 08-13-00101-CV

**Mohammed T. Jamshed**

**v.**

**McLane Express, INC. d/b/a The C. D. Hartnett Company**

(No. CV08-1669 IN 43RD DISTRICT COURT OF PARKER COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | JULIE K CAMACHO |
| MOTION FEE | $10.00 | PAID | CAMACHO LAW FIRM |
| MOTION FEE | $10.00 | PAID | DAVID PRATT |
| MOTION FEE | $10.00 | PAID | DECKER, JONES, MCMACKIN, ET AL |
| MOTION FEE | $10.00 | PAID | ACUFF & GAMBOA |
| FILING FEE PAID TO COURT THAT TRANSFERRED CASE | $175.00 | TRANSFER | |
| CLERK'S RECORD | $329.00 | UNKNOWN | |
| REP.'S RECORD | $607.50 | UNKNOWN | |

**Balance of costs owing to the Eighth Court of Appeals, El Paso, Texas:   0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, DENISE PACHECO, **CLERK** OF THE EIGHTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE EIGHTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Eighth District of Texas, this January 30, 2015.

Denise Pacheco, Clerk

*Denise Pacheco*